Opinion issued November 17, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00424-CV

———————————

darryl
armstrong,
Appellant

V.

jordan
reses supply company, llc, respironics, inc. a/k/a philips respironics, resmed corp.,
and vaughn medical equipment repair service, l.l.c., marcus d. thierry, nicole
baxter-thierry, individually and d/b/a joseph and company a/k/a joseph &
company a/k/a joseph & co., and joseph & company consulting, llc a/k/a
joseph & company llc and d/b/a joseph & company and joseph & co., Appellees



 



 

On
Appeal from the 268th District Court

Fort
Bend County, Texas



Trial
Court Cause No. 10DCV178015

 



 

MEMORANDUM OPINION

          Appellant, Darryl Armstrong, has neither established
indigence nor paid all the required fees. 
See Tex. R. App. P.
5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing
requirements for establishing indigence); see also Tex. Gov’t Code Ann. §§ 51.207,
51.941(a) (Vernon 2005), § 101.041 (Vernon Supp. 2010) (listing fees in court of
appeals); Order Regarding Fees Charged in Civil Cases in the Supreme Court and
the Courts of Appeals and Before the Judicial Panel on Multidistrict
Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), reprinted in Tex. R. App. P.
app. A § B(1)
(listing fees in court of appeals). 
After being notified that this appeal was subject to dismissal,
appellant did not adequately respond.  See
Tex. R. App. P. 5 (allowing
enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

          We dismiss the appeal for nonpayment
of all required fees.  

          We dismiss any pending motions as
moot.

PER CURIAM

Panel
consists of Justices Keyes, Higley, and Massengale.